NELSON E. SMITH *v.* RICHARD FISHER ET AL.
(9368)

SPALLONE, FOTI and HEIMAN, Js.

Argued February 13—decision released March 5, 1991

*Raymond T. Trebisacci,* for the appellant (plaintiff).

*Robert I. Reardon, Jr.,* with whom, on the brief, was *Rita Provatas,* for the appellees (defendants Nationwide Insurance Co. et al.).

*Wayne G. Tillinghast* filed a brief for the appellee (named defendant).

PER CURIAM. Our review of the pleadings, transcript, record and briefs, measured against the mandates of Practice Book § 142 et seq., provides no basis upon which the defendants' motions to dismiss could have been properly granted.

The judgment is reversed and the case is remanded with direction that the pleadings be closed forthwith and that the case proceed to trial. See Practice Book § 113.